IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JOSHUA CALLINGTON, | ) | Civil No. 03:16-cv-00634-PK |
| | ) | |
| Plaintiff(s), | ) | **ORDER OF DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| INTERTEK USA INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is DISMISSED with prejudice and without costs and with

leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and

the action reinstated if the settlement is not consummated. Pending motions, if any, are DENIED

AS MOOT.

Dated this ___20th___ day of September, 2017.

by _____
Paul Papak
United States Magistrate Judge